**In the Interest of A.S.C. and J.L.C., Respondents,**

v.

**A.C. and F.C., Appellants.**

**No. 60207.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 3, 1992.

Steven Mark Davis, Private Atty., Arnold, Nanci Wisdom, Guardian Ad Litem, Hillsboro, for appellants.

Theodore R. Allen, Jr., Private Atty., Hillsboro, for respondents.

## ORDER

PER CURIAM.

Parents appeal the order of the judge of the juvenile division terminating their parental rights in their daughter, A.S.C., and their son, J.L.C. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).